# EXHIBIT 1

**From:** Pat Love <drpatlove@icloud.com>
**To:** DORSEY CARTWRIGHT <mdcartw@aol.com>
**Sent:** Saturday, November 25, 2023 at 11:12:11 AM CST
**Subject:** NoLabels.com - We are the Commonsense Majority

So I'm curious why all the recognizable photos in this sign up sheet show GOP right wingers with the "problem solvers" labels on them. Perhaps I am missing something.


https://www.nolabels.com/?gclid=EAIaIQobChMI0cToINHfggMVZDzUAR3pQQk0EAAYASAAEgInOfD_BwE

Sent from my iPhone

1