# EXHIBIT 1



# NO LABELS

| | |
|---|---|
| **Reg. No. 3,946,066** | NO LABELS (D.C. CORPORATION) |
| | 1680 WISCONSIN AVENUE |
| **Registered Apr. 12, 2011** | WASHINGTON, DC 20007 |
| **Int. Cl.: 35** | FOR: ISSUE ADVOCACY; PUBLIC ADVOCACY TO PROMOTE AWARENESS OF PUBLIC POLICY OPTIONS AND POLITICAL ISSUES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102). |
| **SERVICE MARK** | FIRST USE 3-16-2010; IN COMMERCE 6-15-2010. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SN 85-001,539, FILED 3-30-2010. |
| | MARY ROSSMAN, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office