# EXHIBIT 3



# 2010

# No Labels Begins It's Journey.

In December of 2010 over 1,000 citizens from each of the 50 states gathered in New York to launch a movement – No Labels was founded that day as a way of channeling the nation's frustration with the Beltway's idea of business as usual into a productive effort to change D.C.'s way of doing things.

Since then, No Labels has been working to bring a new politics of goals-focused problem solving to our government. While many outside political groups are working to push our leaders apart, No Labels has worked tirelessly to bring them together.



# 2011

# Make Congress Work!

**Bipartisan Seating**
No Labels calls for bipartisan seating at the State of the Union, bucking decades of tradition.

**Make It Work!**
No Labels releases the Make Congress Work! reform agenda, which includes our signature No Budget, No Pay idea.



# 2012

# Make The Presidency Work Introduced, NBNP Passed Into Law, 1st HSGAC Hearing



**Senate Hearing**

Senate Committee on Homeland Security and Government Affairs (HSGAC) holds a hearing on No Labels idea of No Budget, No Pay.

**Congress Approves**

No Budget, No Pay passes Congress and is later signed into law by President Obama in 2013 spending bill.



**2012**

**Presidential Appointments**
No Labels releases its the Make the Presidency Work! and Make America Work! reform plans.

**Congress Approves**
President Obama signs into law the Make the Presidency Work! proposal, "The Presidential Appointment Efficiency and Streamlining Act", decreasing the number of presidential appointments subject to Senate confirmation.

# MAKE THE PRESIDENCY WORK!



# 2012



**No Deal, No Break**
Before August recess, No Labels introduces the No Deal, No Break campaign to demand Congress stay in session until it reaches a solution on the debt crisis. No Labels is the first group calling for this and is credited for having a huge impact in getting the Senate to come back.

# 2013

# Make Government Work Introduced, Healthcare for Heroes Passed Into Law

## 40 Problem Solvers

More than 40 members of Congress wear a No Labels Problem Solver Pin at the State of the Union.



## Make Government Work!

No Labels releases its Make Government Work! reform plan, which includes 17 corresponding bipartisan bills in the House and Senate.

# 2013

**No Labels Radio**
NL launches SiriusXM POTUS weekly radio show "No Labels Radio with Governor Jon Huntsman."

**Healthcare for Heroes**
No Labels' 21st Century Healthcare for Heroes Act becomes law as part of the National Defense Authorization Act.

**@NoLabels**
No Labels surpasses 100,000 followers on Twitter.



# 2014

## National Strategic Agenda Resolution, PS Seal Of Approval Awarded, 1st & 2nd Books Published



**First Book Published**

No Labels publishes its first book, A Shared Vision for a Stronger America, endorsed by Speaker Gingrich & President Clinton.

**70 Problem Solvers**

More than 70 members of Congress wear a No Labels Problem Solver Pin at the State of the Union.



# 2014

**National Strategic Agenda**

More than 80 members of Congress sign on to support a National Strategic Agenda, featuring four goals focused on job creation, balancing the budget, securing Medicare and Social Security and achieving energy security.

**Second Book Published**

No Labels' second book, *Just the Facts*, is published. The book lays out unbiased statistics and essential facts on our country's biggest issues.



# 2014

## Two Bills Out of Committee

A Make Government Work! bill, Wasted Energy, Wasted Dollars passes through the House Energy & Commerce Committee, and another bill, Take the Time, Save the Dime passes through the House Budget committee.

## Problem Solver Seal

During the 2014 election cycle, more than 70 members of Congress receive the Problem Solvers Seal, and No Labels Problem Solvers win the vast majority of their congressional contests.



**2015**

# 2nd HSGAC Hearing & Inaugural New Hampshire Convention



**70 Problem Solvers**
More than 70 members of Congress wear a Problem Solver Pin at the 2015 State of the Union Address.

**Historic Hearing**
Senate Committee on Homeland Security and Government Affairs holds a hearing on the framework for a National Strategic Agenda in June.



# 2015

**Problem Solver Convention**
On October 12, we played host to eight presidential candidates and over 1,500 New Hampshire voters and No Labels citizen members for a historic event.



**2016**

# Policy Playbook & 1787 Meeting

**Policy Playbook for America's Next President**
No Labels unveils the Policy Playbook for America's Next President.





# 2016

## 1787: Constructing the Peace After the War

On December 5, No Labels hosted 1787, which enabled leaders to seize the post-election moment and jump-start a long overdue national conversation focused on bipartisan problem solving.



**2017**

## PSC Formalized & Citizens DC Conference

**Problem Solvers Conference**

In March 2017, No Labels hosted our first ever Problem Solvers Conference in Washington, D.C., which drew over 800 of our top citizen supporters for two days of Hill meetings and strategizing to build support for the No Labels movement in communities across America.



# 2017

## The Problem Solvers Caucus

After years of relentless outreach and advocacy on Capitol Hill, No Labels in 2017 inspired the creation of the first-of-its kind Problem Solvers Caucus, which grows to feature more than 40 members of Congress, evenly divided between the parties, working to forge solutions to America's toughest challenges.

The Caucus, which aligns behind bipartisan proposals whenever 75 percent of its members get to "yes," does so four times in the 115th Congress, releasing ambitious plans to deal with: Health care reform, immigration and border security, gun safety, and infrastructure. While the media often conflates No Labels and the Problem Solvers Caucus, No Labels is a separate and independent entity, even as we work toward a shared goal of finding and forging bipartisan solutions.

# 2018

# Break The Gridlock, Speaker Project, NLA Success

**Most Consequential Congressional Rule Reforms in Decades**

Encouraged by the Problem Solvers Caucus' ability to come together on tough issues, but frustrated by the refusal of House leadership to seriously consider these proposals, No Labels, in June 2018, announced *The Speaker Project*, a reform plan that proposes using the election of a new speaker of the House as leverage to make rules changes that would give bipartisan ideas a fair hearing and a fighting chance in the next Congress.

# 2018

On July 25, the Problem Solvers Caucus released *Break the Gridlock*, which has the same goals and echoes many of the same proposals originally offered in *The Speaker Project*. Twenty Caucus members later commit to vote only for a House speaker who supports these rule reforms Shortly after the November 2018 midterm elections, the Problem Solvers deliver.

On November 28, nine Democratic members of the House Problem Solvers Caucus announce they had reached agreement with likely speaker Nancy Pelosi and Democratic leadership on an ambitious rules reform package that will create a rare opening for bipartisan legislation in the next Congress.



# 2019

## Problem Solvers Success

In January 2019, the Problem Solvers Caucus formally ushered in the biggest rule changes in Congress in decades. They were just getting started.



# 2019



## Late 2018-Early 2019
Problem Solvers provided an early endorsement for the First Step Act, providing bipartisan momentum to pass what would become the most far reaching criminal justice reforms in decades.

## January 2019
The Problem Solvers were the only bipartisan group from the House to meet with President Trump to discuss a way to end the government shutdown - the longest in history - caused by the dispute over a border wall.

## June 2019
The Problem Solvers beat back unreasonable demands from the Progressive Caucus to secure a critical humanitarian aid package for the southern border.

# 2019

**July 2019**
The Problem Solvers led passage of a congressional resolution expressing support for Israel and denouncing the BDS (Boycott, Divestment and Sanctions) movement against the country.

**July 2019**
Several Problem Solvers played a lead role in extending the 9/11 Victims Compensation Fund, which was set to expire at the end of 2020.

**Late 2019-Early 2020**
The Problem Solvers were the first bipartisan House group to announce their public support for bipartisan passage of USMCA (i.e. the update to NAFTA).

# 2019

**As the Problem Solvers worked to change the debate in Congress, No Labels continued its efforts to change the debate across America.**

## October 2019
Release of *No Labels' Ultimate Guide to the 2020 Election*, co authored by No Labels senior advisors Ryan Clancy and Margaret White.

## November 2019
No Labels hosted its second Problem Solver Convention in Manchester, NH, featuring over 1,000 citizen supporters, senators, House members and presidential candidates. The event featured the launch of No Labels' national Get In The Room! campaign, which mobilizes citizens to pressure their elected officials to attend No Labels' regular bipartisan meetings with House and Senate members.



# 2020

## Early 2020

On January 8, No Labels hosted the first bipartisan bicameral meeting of 2020, featuring 39 House members and 7 senators in attendance. The group closed the meeting by agreeing to focus on passing the End Government Shutdowns Act, championed by Senator Ron Johnson.

