# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>                *Plaintiff*,<br><br>   v.<br><br>NOLABELS.COM INC.,<br><br>                *Defendant*. | Case No. _____ |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a)(1), Plaintiff No Labels ("No Labels"), by and through its attorneys, hereby states that No Labels has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Date: December 4, 2023

*Of Counsel:*

Mark D. Lytle (*pro hac vice* forthcoming)
**NIXON PEABODY LLP**
799 9th Street NW
Suite 500
Washington, DC 20001
Tel:  (202) 585-8435
Fax:  (907) 331-4726
Email:  mlytle@nixonpeabody.com

Jason C. Kravitz (*pro hac vice* forthcoming)
Leslie E. Hartford (*pro hac vice* forthcoming)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel:  (617) 345-1318
Fax:  (617) 345-1300
Email:  jkravitz@nixonpeabody.com
        lhartford@nixonpeabody.com

**HALLORAN FARKAS + KITTILA LLP**

*/s/ Theodore A. Kittila*
Theodore A. Kittila (Bar No. 3963)
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Phone:  (302) 257-2025
Fax:  (302) 257-2019
Email:  tk@hfk.law

*Counsel for Plaintiff*