# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>        *Plaintiff*,<br><br>v.<br><br>NOLABELS.COM INC.,<br><br>        *Defendant*. | Case No. 1:23-cv-01384-GBW |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of William E. Green, Jr. (Bar No. 4864) of Halloran Farkas + Kittila LLP, 5801 Kennett Pike, Suite C/D, Wilmington, Delaware 19807 on behalf of Plaintiff No Labels.

Date: December 6, 2023

*Of Counsel:*

Mark D. Lytle (*pro hac vice* forthcoming)
**NIXON PEABODY LLP**
799 9th Street NW
Suite 500
Washington, DC 20001
Tel: (202) 585-8435
Fax: (907) 331-4726
Email: mlytle@nixonpeabody.com

Jason C. Kravitz (*pro hac vice* forthcoming)
Leslie E. Hartford (*pro hac vice* forthcoming)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 345-1318
Fax: (617) 345-1300
Email: jkravitz@nixonpeabody.com
       lhartford@nixonpeabody.com

**HALLORAN FARKAS + KITTILA LLP**

*/s/ William E. Green, Jr.*
Theodore A. Kittila (Bar No. 3963)
William E. Green, Jr. (Bar No. 4864)
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Phone: (302) 257-2025
Fax: (302) 257-2019
Email: tk@hfk.law

*Counsel for Plaintiff*