

William E. Green, Jr.
Halloran Farkas + Kittila LLP
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
p: (302) 268-6875
e: wg@hfk.law

December 6, 2023

**By CM/ECF**

The Honorable Gregory B. Williams, U.S.D.J.
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, Delaware 19801-3555

Re: *No Labels v. NoLabels.com Inc.*,
    Civil Action No. 1:23-cv-01384-GBW (D. Del.)

Dear Judge Williams:

We write on behalf of plaintiff No Labels ("Plaintiff") regarding the above-captioned matter to request an initial hearing at the Court's earliest convenience on Plaintiff's Motion for Temporary Restraining Order, filed on December 4, 2023 (the "Motion"). D.I. 3. Due to on-going and illicit trademark infringement and website cybersquatting by the defendant and others as yet unknown, No Labels continues to suffer irreparable harm and seeks emergency *ex parte* relief to stop Defendant's unlawful activity. No Labels respectfully requests a hearing at the Court's earliest convenience.

The bases for the Motion are fully set forth in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction. D.I. 4. Briefly stated, Plaintiff owns a federal trademark registration for NO LABELS, U.S. Trademark Reg. No. 3,946,066 (the "No Labels Registered Trademark). No Labels has been the subject of enormous media attention in recent months because the organization may support a "Unity Ticket" for the 2024 election for president and vice president that would give voters a viable third-party candidate option rather than effectively being compelled to support the nominees from one of the two parties that dominate American politics.

To promote its message, No Labels relies heavily on its website (the "No Labels Website"), located at the domain nolabels.org (the "No Labels Domain"). No Labels recently learned that someone had purchased the domain nolabels.com (the "Infringing Domain") and was using that Infringing Domain to host a website which, similar to the No Labels Website, promotes political ideas and public policy (the "Infringing Website"). The Infringing Website is designed to falsely evoke an association with the No Labels Website (coopting not only the registered trademark NO LABELS but also key phrases associated with No Labels like "Commonsense Majority"). Moreover, the Infringing Website promotes politicians who have no affiliation with No Labels (including former President Donald Trump) and with whom No Labels has no desire to be

affiliated. Such promotion by the Infringing Website is clearly for the purpose of deceiving the public, including voters and donors, into believing that supporting No Labels is tantamount to supporting former President Trump.

This is a textbook case of cybersquatting and trademark infringement.

After performing a diligent investigation, No Labels discovered that a recently formed Delaware corporation named NoLabels.com Inc. ("Defendant") was actively promoting the Infringing Website through a Google advertising campaign designed to improve its search ranking on Google. People interested in learning more about the real No Labels who type "no labels" into a search engine may find themselves taken to the Infringing Website, where they will be confronted with content not associated with or approved by No Labels, including *inter alia* images of politicians whom No Labels does not support and with whom No Labels desires no association. Indeed, No Labels has evidence that members of the public are actually being confused by the Infringing Website.

In view of the compelling and irrefutable evidence, No Labels seeks emergency *ex parte* relief to stop Defendant's unlawful activity, and requests a hearing at the Court's earliest convenience. Counsel are available if the Court has any questions.

Respectfully submitted,

*/s/ William E. Green, Jr.*

William E. Green, Jr. (Bar No. 4864)
Halloran Farkas + Kittila LLP

*Counsel for Plaintiff No Labels*

cc:    Theodore A. Kittila, Esq.