IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>    *Plaintiff*,<br><br>  v.<br><br>NOLABELS.COM INC.,<br><br>    *Defendant*. | Case No. 1:23-cv-01384-GBW |

### [PROPOSED] ORDER

AND NOW this _____ day of _____, 2023, the Court having considered the Emergency Motion of Plaintiff No Labels to Expedite Discovery (the "Motion"), it is HEREBY ORDERED as follows:

1. The Motion is GRANTED; and

2. Plaintiff No Labels may immediately initiate discovery pursuant to Federal Rule of Civil Procedure ("Rule") 26 in advance of the Rule 26(f) conference.

_____
U.S.D.J.