## **CERTIFICATE OF SERVICE**

I, Theodore A. Kittila (No. 3963), certify than on December 8, 2023, copies of the foregoing EMERGENCY MOTION OF PLAINTIFF NO LABELS TO EXPEDITE DISCOVERY and [PROPOSED] ORDER were served on the Defendant by service on the Delaware registered agent:

>NOLABELS.COM INC.
>The Corporation Trust Company
>Corporation Trust Center 1209 Orange Street
>Wilmington, Delaware 19801

>/s/ *Theodore A. Kittila*
>Theodore A. Kittila (No. 3963)