IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>        *Plaintiff*,<br><br>v.<br><br>NOLABELS.COM INC.,<br><br>        *Defendant*. | Case No. 1:23-cv-01384-GBW |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **Jason C. Kravitz, Esq.** to represent Plaintiff in this matter.

Dated: December 8, 2023

**HALLORAN FARKAS + KITTILA LLP**

*/s/ Theodore A. Kittila*
Theodore A. Kittila (No. 3963)
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Phone:  (302) 257-2025
Email:  tk@hfk.law

*Attorneys for Plaintiff*

4895-5492-4437.1

## **ORDER GRANTING MOTION**

IT IS ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Date: _____          _____
                                United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Massachusetts, the State of Rhode Island, and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: */s/ Jason C. Kravitz*
Jason C. Kravitz
Nixon Peabody LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: 617-345-1318
Fax: 617-345-1300
jkravitz@nixonpeabody.com

4895-5492-4437.1