# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) )  Case No. 1:23-cv-01384-GBW |
| NOLABELS.COM INC., | ) ) ) |
| *Defendant.* | ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elizabeth S. Fenton of Ballard Spahr LLP, hereby enters her appearance on behalf of Defendant NoLabels.com Inc. in the above-captioned action.

Dated: December 14, 2023

*/s/ Elizabeth S. Fenton*
Elizabeth S. Fenton (Bar No. 5563)
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Office:  302-252-4465
Email: fentone@ballardspahr.com

**BILLION LAW**
Mark M. Billion (Bar No. 5263)
1073 S. Governors Avenue
Dover, DE  19904
Office:  302-428-9400
Email:  mbillion@billionlawgroup.com