# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) )  Case No. 1:23-cv-01384-GBW |
| NOLABELS.COM INC., | ) ) ) |
| *Defendant.* | ) ) |

Comes now Mark M. Billion and hereby enters his appearance as an attorney for Defendant No Labels.com, Inc. in the above-captioned case.

Respectfully submitted,

By: */s/ Mark M. Billion*

Mark M. Billion (DE Bar No. 5263)
1073 S. Governors Ave.
Dover, DE 19904
Tel: 302.428.9400
markbillion@billionlaw.com

## CERTIFICATE OF SERVICE

I, Mark M. Billion, certify that a true and accurate copy of the foregoing document was filed via CM/ECF on December 14, 2023, which will send notification to all counsel of record.

*/s/ Mark M. Billion*
Mark M. Billion