

<div style="text-align: right">
William E. Green, Jr.
Halloran Farkas + Kittila LLP
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
p: (302) 268-6875
e: wg@hfk.law
</div>

December 14, 2023

**By CM/ECF**
The Honorable Gregory B. Williams, U.S.D.J.
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, Delaware 19801-3555

    Re:  *No Labels v. NoLabels.com Inc.*,
         <u>Civil Action No. 1:23-cv-01384-GBW (D. Del.)</u>

Dear Judge Williams:

    In advance of the hearing scheduled for tomorrow, December 15, 2023 at 10:30 a.m. in the above-captioned matter, I write on behalf of plaintiff No Labels ("Plaintiff") to enclose supplemental information in further support of Plaintiff's Motion for Temporary Restraining Order, filed on December 4, 2023 (the "Motion"). D.I. 3.

    Enclosed herewith please find:

- Second Declaration of Leslie E. Hartford in Support of Motion for Temporary Restraining Order and/or Motion for Preliminary Injunction, with Attachments A through G;

- Declaration of Liz Morrison, with Exhibit A;

- Declaration of Samantha Brooks, with Exhibit A; and

- Declaration of Nicholas Connors, with Attachments A through D.

    Counsel are available if the Court has any questions.

<div style="margin-left: 50%">
Respectfully submitted,

*/s/ William E. Green, Jr.*

William E. Green, Jr. (Bar No. 4864)
Halloran Farkas + Kittila LLP

*Counsel for Plaintiff No Labels*
</div>

cc:    Counsel of Record via CM/ECF