

**Theodore A. Kittila**
Halloran Farkas + Kittila LLP
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
p: (302) 257-2025
e: tk@hfk.law

December 20, 2023

**By CM/ECF**

The Honorable Gregory B. Williams, U.S.D.J.
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, Delaware 19801-3555

    Re:  *No Labels v. NoLabels.com Inc.*,
          Civil Action No. 1:23-cv-01384-GBW (D. Del.)

Dear Judge Williams:

    We write on behalf of the parties in the above-referenced matter to respectfully request a telephonic conference to work through the discovery issues raised in the Joint Status Report (D.I. 28) filed yesterday in this matter. The parties believe that certain objections raised will need to be worked out to effectuate the purpose of conducting expedited discovery in advance of the preliminary injunction hearing.

    In light of the upcoming holiday travel for certain counsel, the parties were hoping to speak with the Court by the close of this week if this is at all possible.

    Counsel remain available at the convenience of the Court.

               Respectfully submitted,

               */s/ Theodore A. Kittila*

               Theodore A. Kittila (Bar No. 3963)
               Halloran Farkas + Kittila LLP

               *Counsel for Plaintiff No Labels*

cc:    William E. Green, Jr., Esq.
        Elizabeth Fenton, Esq.
        Mark Billion, Esq.