IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>                Plaintiff,<br><br>    v.<br><br>NOLABELS.COM, INC.,<br><br>                Defendant. | Civil Action No. 23-1384-GBW |

### ORDER

AND NOW this 20th day of December 2023, the Court, having considered the parties' joint status report, D.I. 28, IT IS HEREBY ORDERED THAT:

1. The Court will hold an evidentiary hearing on Plaintiff's Motion for Preliminary Injunction on Thursday, February 22, 2024, beginning at 9:30 a.m., in Courtroom 6B. The Court will allocate up to five (5) hours for the hearing with the time to be split equally between the parties.

    a. The parties shall provide a list of all persons who will testify at the hearing to this Court no later than February 15, 2023.

    b. The parties shall provide the Court with electronic and hard copies of any presentation slides to be used during the argument by 5:00 p.m. on February 21, 2022.

2. The Court's Temporary Restraining Order, D.I. 26, is extended through resolution of the Motion for Preliminary Injunction in light of the parties' stipulation to extend as such. D.I. 28 at 1. *See* FRCP 65(b)(2).

                                                                    _____
                                                                            GREGORY B. WILLIAMS
                                                                            U.S. DISTRICT JUDGE