IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>              Plaintiff,<br><br>    v.<br><br>NOLABELS.COM, INC.,<br><br>              Defendant. | Civil Action No. 23-cv-1384-GBW |

## ORDER

At Wilmington, Delaware this 20th day of December, 2023:

IT IS HEREBY ORDERED THAT, pursuant to Fed. R. Civ. P. 53(a)(l)(C), the above-captioned action is hereby referred to the Clerk of Court for assignment of a Special Master for the purpose of hearing discovery disputes. Upon selection of a Special Master, the Court shall enter a further Order appointing the same. *See* Fed. R. Civ. P. 53(b).

                                                                GREGORY B. WILLIAMS
                                                                UNITED STATES DISTRICT JUDGE