## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NO LABELS,

        *Plaintiff,*

  v.

NOLABELS.COM INC.,

        *Defendant.*

Case No. 1:23-cv-01384-GBW

## NOTICE OF SERVICE OF DEFENDANT'S
## NOTICE OF 30(b)(6) DEPOSITION OF PLAINTIFF NO LABELS

I, Elizabeth S. Fenton, a member of the Bar of this Court, certify that on December 27, 2023, I caused a true and correct copy of *Defendant's Notice of 30(b)(6) Deposition of Plaintiff No Labels,* to be served on all counsel of record via email and a true and correct copy of this *Notice of Service of Defendant's Notice of 30(b)(6) Deposition of Plaintiff No Labels*, to be filed and served on all counsel of record via the Court's Cm/ECF electronic filing system.

Dated: December 27, 2023

BALLARD SPAHR LLP

  */s/ Elizabeth S. Fenton*
Elizabeth S. Fenton (Bar No. 5563)
919 North Market Street
11th Floor
Wilmington, DE 19801-3034
302-252-4454
Fax: 302-252-4466
Email: fentone@ballardspahr.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, I caused a true and correct copy of the foregoing Notice of Service of Defendant's Notice of 30(b)(6) Deposition of No Labels to be served, via electronic mail, on the following counsel of record:

NIXON PEABODY LLP

**Mark D. Lytle (*pro hac vice*)**
799 9th Street NW, Suite 500
Washington, DC 20001
Tel: (202) 585-8435
Fax: (907) 331-4726
Email: mlytle@nixonpeabody.com

**Jason C. Kravitz (*pro hac vice*)**
**Leslie E. Hartford (*pro hac vice*)**
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 345-1031
Fax: (617) 345-1300
Email: jkravitz@nixonpeabody.com
lhartford@nixonpeabody.com

HALLORAN FARKAS + KITTILA LLP

**Theodore A. Kittila**
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Phone: (302) 257-2025
Fax: (302) 257-2019
Email: tk@hfk.law

**William Edward Green, Jr.**
5801 Kennett Pike, Suite C/D
Wilmington, DE 19807
(302) 268-6875
Fax: (302) 257-2019
Email: wg@hfk.law

*Attorneys for Plaintiff*

*/s/ Elizabeth S. Fenton*
Elizabeth S. Fenton