# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>NOLABELS.COM INC.,<br><br>　　　　*Defendant*. | Case No. 1:23-cv-01384-GBW |

## NOTICE OF SERVICE OF DEFENDANT'S
## NOTICE OF 30(b)(6) DEPOSITION OF PLAINTIFF NO LABELS

I, Elizabeth S. Fenton, a member of the Bar of this Court, certify that on December 27, 2023, I caused a true and correct copy of *Defendant's First Set of Interrogatories to Plaintiff and Defendant's First Set of Requests for Production of Documents to Plaintiff,* to be served on all counsel of record via email and a true and correct copy of this *Notice of Service of Defendant's First Set of Interrogatories to Plaintiff and Defendant's First Set of Requests for Production of Documents to Plaintiff*, to be filed and served on all counsel of record via the Court's ECF system.

Dated: December 27, 2023

　　　　　　　　　　　　　　　　　　　　**BALLARD SPAHR LLP**

　　　　　　　　　　　　　　　　　　　　　*/s/ Elizabeth S. Fenton*
　　　　　　　　　　　　　　　　　　　　Elizabeth S. Fenton (Bar No. 5563)
　　　　　　　　　　　　　　　　　　　　919 North Market Street
　　　　　　　　　　　　　　　　　　　　11th Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801-3034
　　　　　　　　　　　　　　　　　　　　302-252-4454
　　　　　　　　　　　　　　　　　　　　Fax: 302-252-4466
　　　　　　　　　　　　　　　　　　　　Email: fentone@ballardspahr.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, I caused a true and correct copy of the foregoing Notice of Service of *Defendant's First Set of Interrogatories to Plaintiff and Defendant's First Set of Requests for Production of Documents to Plaintiff* to be served, via the Court's ECF system, on the following counsel of record:

**NIXON PEABODY LLP**

**Mark D. Lytle (*pro hac vice*)**
799 9th Street NW, Suite 500
Washington, DC 20001
Tel: (202) 585-8435
Fax: (907) 331-4726
Email: mlytle@nixonpeabody.com

**Jason C. Kravitz (*pro hac vice*)**
**Leslie E. Hartford (*pro hac vice*)**
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 345-1031
Fax: (617) 345-1300
Email: jkravitz@nixonpeabody.com
lhartford@nixonpeabody.com

**HALLORAN FARKAS + KITTILA LLP**

**Theodore A. Kittila**
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Phone: (302) 257-2025
Fax: (302) 257-2019
Email: tk@hfk.law

**William Edward Green, Jr.**
5801 Kennett Pike, Suite C/D
Wilmington, DE 19807
(302) 268-6875
Fax: (302) 257-2019
Email: wg@hfk.law

*Attorneys for Plaintiff*

　　　　　　　　　　　　*/s/ Elizabeth S. Fenton*
　　　　　　　　　　　　Elizabeth S. Fenton