IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>        *Plaintiff*,<br><br>v.<br><br>NOLABELS.COM INC.,<br><br>        *Defendant.* | Case No. 1:23-cv-01384-GBW |

**NOTICE OF INTENT TO SERVE SUBPOENAS**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Federal Rules of Civil Procedure 26, 30(b)(6), 34, and 45, counsel for Defendant NoLabels.com, Inc., by and through its undersigned attorneys, intends to serve subpoenas in the form attached hereto, on the following:

1. NO LABELS PARTY OF ARIZONA, Chairperson Gail Koshland Wachtel, 5040 N Via Condesa, Tucson, AZ 85718 – Exhibit 1.

2. NO LABELS PARTY OF FLORIDA, Chairperson Randall Smith, 1205 Palm Trail, Delray Beach, Florida 33483 – Exhibit 2.

3. NO LABELS PARTY OF NORTH CAROLINA, Chairman Admiral (Ret.) Dennis Blair, 72 Forest at Duke Drive, Durham, NC 27705 – Exhibit 3.

[Signature Page Follows]

| | |
|---|---|
| **BILLION LAW** | **BALLARD SPAHR LLP** |
| */s/ Mark M. Billion* | */s/ Elizabeth S. Fenton* |
| Mark M. Billion (Bar No. 5263) | Elizabeth S. Fenton (Bar No. 5563) |
| 1073 S. Governors Avenue | 919 N. Market Street, 11th Floor |
| Dover, DE  19904 | Wilmington, DE 19801 |
| Office:  302-428-9400 | Office:  302-252-4465 |
| Email:  mbillion@billionlawgroup.com | Email:  fentone@ballardspahr.com |

Dated: December 29, 2023