IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NO LABELS,

        *Plaintiff*,

  v.

NOLABELS.COM INC.,

        *Defendant*.

C.A No.: 23-1384-GBW

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 10, 2024, the undersigned counsel caused true and correct copies of (1) *Defendant's Objection to the Notice of 30(B)(6) Deposition of Nolabels.Com Inc.;* and (2) *Defendant's Objections to Plaintiff's First Request for Production of Documents to Defendant Nolabels.Com Inc.* to be served on the following counsel of record via electronic mail:

    Theodore A. Kittila (Bar No. 3963)
    William E. Green, Jr. (Bar No. 4864)
    HALLORAN FARKAS + KITTILA LLP
    5801 Kennett Pike, Suite C/D
    Wilmington, Delaware 19807
    Email: tk@hfk.law
           wg@hfk.law

| | |
|---|---|
| */s/ Mark B. Billion* | */s/ Elizabeth S. Fenton* |
| Mark B. Billion (Bar No. 5263) | Elizabeth S. Fenton (Bar No. 5563) |
| **BILLION LAW GROUP** | **BALLARD SPAHR LLP** |
| 1073 S. Governors Avenue | 919 N. Market Street, 11th Floor |
| Dover, DE 19904 | Wilmington, DE 19801 |
| Office: 302-428-9400 | Office: 302-252-4465 |
| Email: mbillion@billionlawgroup.com | Email: fentone@ballardspahr.com |
| | |
| | *Attorneys for Defendant* |

Dated: January 10, 2024