# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>        *Plaintiff,*<br><br>v.<br><br>NOLABELS.COM INC.,<br><br>        *Defendant*. | Case No. 1:23-cv-01384-GBW |

## NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES AND OBJECTIONS TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF

    I, Theodore A. Kittila, a member of the Bar of this Court, certify that on January 10, 2024, I caused a true and correct copy of *Plaintiff No Labels' Objections and Responses to Defendant's First Set of Requests for Production of Documents to Plaintiff* to be served on all counsel of record via email, and I caused a true and correct copy of this *Notice of Service of Plaintiff's First Request for Production of Documents to Defendant NoLabels.com Inc*. to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

| | |
|---|---|
| Dated: January 10, 2024 | **HALLORAN FARKAS + KITTILA LLP**<br><br>*/s/ Theodore A. Kittila*<br>Theodore A. Kittila (Bar No. 3963)<br>William E. Green, Jr. (Bar No. 4864)<br>5801 Kennett Pike, Suite C/D<br>Wilmington, Delaware 19807<br>Phone:  (302) 257-2025<br>Fax:  (302) 257-2019<br>Email:  tk@hfk.law / wg@hfk.law<br><br>*Attorneys for Plaintiff* |
| *Of Counsel:*<br><br>Mark D. Lytle (admitted *pro hac vice*)<br>**NIXON PEABODY LLP**<br>799 9th Street NW<br>Suite 500<br>Washington, DC 20001<br>Tel:  (202) 585-8435<br>Fax:  (907) 331-4726<br>Email:  mlytle@nixonpeabody.com | |

4872-5031-3111.4

Jason C. Kravitz (admitted *pro hac vice*)
Leslie E. Hartford (admitted *pro hac vice*)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel:  (617) 345-1031
Fax:  (617) 345-1300
Email: jkravitz@nixonpeabody.com
        lhartford@nixonpeabody.com

Bradley J. Schlozman (admitted *pro hac vice*)
**HINKLE LAW FIRM LLC**
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206-6639
Phone:  (316) 660-6296
Fax:  (316) 264-1518
Email: bschlozman@hinklaw.com