# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>      *Plaintiff*,<br><br>  v.<br><br>NOLABELS.COM INC.,<br><br>      *Defendant*. | Case No. 1:23-cv-01384-GBW |

## NOTICE OF DEPOSITION – KELVIN B. MCINTYRE

To:    Elizabeth S. Fenton, Esq.
         Ballard Spahr LLP
         fentone@ballardspahr.com

         Mark M. Billion, Esq.
         Billion Law
         mbillion@billionlawgroup.com

      PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiff No Labels will take the deposition upon oral examination of Kelvin B. McIntyre (the "Deponent"), on January 26, 2024, commencing at 9:30 a.m. (Pacific), with such deposition at the offices of Nixon Peabody, 300 South Grand Avenue, Suite 4100, Los Angeles, California 90071-3151.  Such deposition will continue from day to day until completed.  The deposition will be recorded by stenographic means and may be recorded by sound-and-visual means.

January 12, 2024

*Of Counsel:*

Mark D. Lytle (*pro hac vice*)
**Nixon Peabody LLP**
799 9th Street NW
Suite 500
Washington, DC 20001
Tel: (202) 585-8435
Fax: (907) 331-4726
Email: mlytle@nixonpeabody.com

Jason C. Kravitz (*pro hac vice*)
Leslie E. Hartford (*pro hac vice*)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 345-1031
Fax: (617) 345-1300
Email:
    jkravitz@nixonpeabody.com
    lhartford@nixonpeabody.com

Bradley J. Schlozman (*pro hac vice*)
**HINKLE LAW FIRM LLC**
1617 North Waterfront Parkway,
Suite 400
Wichita, KS 67206-6639
Phone: (316) 660-6296
Fax: (316) 264-1518
Email: bschlozman@hinklaw.com

**HALLORAN FARKAS + KITTILA LLP**

*/s/ William E. Green, Jr.*
Theodore A. Kittila (Bar No. 3963)
William E. Green, Jr. (Bar No. 4864)
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Phone: (302) 257-2025
Fax: (302) 257-2019
Email: tk@hfk.law / wg@hfk.law

*Attorneys for Plaintiff*