# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>NOLABELS.COM INC.,<br><br>　　　　*Defendant*. | Case No. 1:23-cv-01384-GBW |

## NOTICE OF DEPOSITION – CHARLES ANTHONY SILER

To:　Elizabeth S. Fenton, Esq.
　　　Ballard Spahr LLP
　　　fentone@ballardspahr.com

　　　Mark M. Billion, Esq.
　　　Billion Law
　　　mbillion@billionlawgroup.com

　　　PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiff No Labels will take the deposition upon oral examination of Charles Anthony Siler (the "Deponent"), on January 29, 2024, commencing at 9:30 a.m. (Mountain), with such deposition taking place at the offices of Osborn Maledon, P.A., 2929 North Central Ave, Suite 2000, Suite 4100, Phoenix, AZ 85012-2793. Such deposition will continue from day to day until completed.  The deposition will be taken before a notary public, court reporter, or other official authorized by law to administer oaths, and will be recorded by stenographic and videographic means.

| | |
|---|---|
| January 13, 2024 | **HALLORAN FARKAS + KITTILA LLP** |
| | |
| *Of Counsel:* | */s/ William E. Green, Jr.* |
| | Theodore A. Kittila (Bar No. 3963) |
| Mark D. Lytle (*pro hac vice*) | William E. Green, Jr. (Bar No. 4864) |
| **Nixon Peabody LLP** | 5801 Kennett Pike, Suite C/D |
| 799 9th Street NW | Wilmington, Delaware 19807 |
| Suite 500 | Phone: (302) 257-2025 |
| Washington, DC 20001 | Fax: (302) 257-2019 |
| Tel: (202) 585-8435 | Email: tk@hfk.law / wg@hfk.law |
| Fax: (907) 331-4726 | |
| Email: mlytle@nixonpeabody.com | *Attorneys for Plaintiff* |

Jason C. Kravitz (*pro hac vice*)
Leslie E. Hartford (*pro hac vice*)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 345-1031
Fax: (617) 345-1300
Email:
  jkravitz@nixonpeabody.com
  lhartford@nixonpeabody.com

Bradley J. Schlozman (*pro hac vice*)
**HINKLE LAW FIRM LLC**
1617 North Waterfront Parkway,
Suite 400
Wichita, KS 67206-6639
Phone: (316) 660-6296
Fax: (316) 264-1518
Email: bschlozman@hinklaw.com