# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>NOLABELS.COM INC.,<br><br>　　　　*Defendant*. | Case No. 1:23-cv-01384-GBW |

## NOTICE OF DEPOSITION – MICHAEL MCCAULEY

To:　Elizabeth S. Fenton, Esq.
　　　Ballard Spahr LLP
　　　fentone@ballardspahr.com

　　　Mark M. Billion, Esq.
　　　Billion Law
　　　mbillion@billionlawgroup.com

　　　PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiff No Labels will take the deposition upon oral examination of Michael McCauley (the "Deponent"), on January 31, 2024, commencing at 9:30 a.m. (Eastern), with such deposition taking place at the offices of Ballard Spahr LLP, 919 North Market Street, 11th Floor, Wilmington, Delaware 19801-3034.  Such deposition will continue from day to day until completed.  The deposition will be taken before a notary public, court reporter, or other official authorized by law to administer oaths, and will be recorded by stenographic and videographic means.

<table>
<tr><td>

January 15, 2024

*Of Counsel:*

Mark D. Lytle (*pro hac vice*)
**Nixon Peabody LLP**
799 9th Street NW
Suite 500
Washington, DC 20001
Tel: (202) 585-8435
Fax: (907) 331-4726
Email: mlytle@nixonpeabody.com

Jason C. Kravitz (*pro hac vice*)
Leslie E. Hartford (*pro hac vice*)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 345-1031
Fax: (617) 345-1300
Email:
    jkravitz@nixonpeabody.com
    lhartford@nixonpeabody.com

Bradley J. Schlozman (*pro hac vice*)
**HINKLE LAW FIRM LLC**
1617 North Waterfront Parkway,
Suite 400
Wichita, KS 67206-6639
Phone: (316) 660-6296
Fax: (316) 264-1518
Email: bschlozman@hinklaw.com

</td><td>

**HALLORAN FARKAS + KITTILA LLP**

*/s/ William E. Green, Jr.*
Theodore A. Kittila (Bar No. 3963)
William E. Green, Jr. (Bar No. 4864)
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Phone: (302) 257-2025
Fax: (302) 257-2019
Email: tk@hfk.law / wg@hfk.law

*Attorneys for Plaintiff*

</td></tr>
</table>