# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>        *Plaintiff*,<br><br>   v.<br><br>NOLABELS.COM INC.,<br><br>        *Defendant*. | Case No. 1:23-cv-01384-GBW |

## NOTICE OF SERVICE OF PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S NOTICE OF F.R.C.P. 30(b)(6) DEPOSITION

I, William E. Green, Jr., a member of the Bar of this Court, certify that on January 15, 2024, I caused a true and correct copy of *Plaintiff's Objections and Responses to Defendant's Notice of F.R.C.P. 30(b)(6) Deposition* to be served on all counsel of record via email, and I caused a true and correct copy of this *Notice of Service of Plaintiff's Objections and Responses to Defendant's Notice of F.R.C.P. 30(b)(6) Deposition* to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

Dated: January 15, 2024

*Of Counsel:*

Mark D. Lytle (admitted *pro hac vice*)
**Nixon Peabody LLP**
799 9th Street NW
Suite 500
Washington, DC 20001
Tel:  (202) 585-8435
Fax:  (907) 331-4726
Email:  mlytle@nixonpeabody.com

**HALLORAN FARKAS + KITTILA LLP**

*/s/ William E. Green, Jr.*
Theodore A. Kittila (Bar No. 3963)
William E. Green, Jr. (Bar No. 4864)
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Phone:  (302) 257-2025
Fax:  (302) 257-2019
Email:  tk@hfk.law / wg@hfk.law

*Attorneys for Plaintiff*

1

Jason C. Kravitz (admitted *pro hac vice*)
Leslie E. Hartford (admitted *pro hac vice*)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel:  (617) 345-1031
Fax:  (617) 345-1300
Email: jkravitz@nixonpeabody.com
         lhartford@nixonpeabody.com

Bradley J. Schlozman (admitted *pro hac vice*)
**HINKLE LAW FIRM LLC**
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206-6639
Phone:  (316) 660-6296
Fax:  (316) 264-1518
Email: bschlozman@hinklaw.com