## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NO LABELS, | |
| *Plaintiff,* | Case No. 1:23-cv-01384-GBW |
| v. | |
| NOLABELS.COM INC., | |
| *Defendant*. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 16, 2024, true and correct copies of *Plaintiff's*

*Supplemental Notice of 30(b)(6) Deposition of Defendant NoLabels.com Inc.* were caused to be

served on all counsel of record via email.

Dated: January 16, 2024

**HALLORAN FARKAS + KITTILA LLP**

*/s/ William E. Green, Jr.*
Theodore A. Kittila (Bar No. 3963)
William E. Green, Jr. (Bar No. 4864)
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Phone:  (302) 257-2025
Fax:  (302) 257-2019
Email:  tk@hfk.law / wg@hfk.law

*Of Counsel:*

Mark D. Lytle (admitted *pro hac vice*)
**Nixon Peabody LLP**
799 9th Street NW
Suite 500
Washington, DC 20001
Tel:  (202) 585-8435
Fax:  (907) 331-4726
Email:  mlytle@nixonpeabody.com

*Attorneys for Plaintiff*

Jason C. Kravitz (admitted *pro hac vice*)
Leslie E. Hartford (admitted *pro hac vice*)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel:  (617) 345-1031
Fax:  (617) 345-1300

1

Email:  jkravitz@nixonpeabody.com
         lhartford@nixonpeabody.com

Bradley J. Schlozman (admitted *pro hac vice*)
**HINKLE LAW FIRM LLC**
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206-6639
Phone:  (316) 660-6296
Fax:  (316) 264-1518
Email: bschlozman@hinklaw.com

2