IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NO LABELS,

        Plaintiff,

   v.

NOLABELS.COM, INC.,

        Defendant.

Civil Action No. 23-1384-GBW

## ORDER

AND NOW this 4th day of March 2024, the Court having considered the parties' joint letter setting out their respective positions on the injunction bond (D.I. 83), IT IS HEREBY ORDERED THAT:

1. The bond is LIFTED. In light of the Court's grant of a Preliminary Injunction (D.I. 79), the factual circumstances of this case, and Defendant's statement that it does not "object to the release of the bond," D.I. 83, the Court finds that an injunction bond is no longer necessary.

2. This order terminates ¶ 6 of the Injunction Order (D.I. 79).

                                                                   GREGORY B. WILLIAMS
                                                                   U.S. DISTRICT JUDGE