

**William E. Green, Jr.**
Halloran Farkas + Kittila LLP
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
p: (302) 268-6875
e: wg@hfk.law

April 11, 2024

<u>**By CM/ECF**</u>

The Honorable Gregory B. Williams, U.S.D.J.
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, Delaware 19801-3555

    **Re:**   *No Labels v. NoLabels.com Inc.,*
           <u>*Civil Action No. 1:23-cv-01384-GBW (D. Del.)*</u>

Dear Judge Williams:

      On March 13, 2024, an unopposed scheduling order was filed on behalf of the parties in the action captioned above. D.I. 85. Enclosed for the Court's convenience is a copy of the scheduling order.

      Counsel are available if the Court has any questions.

                Respectfully submitted,

                */s/ William E. Green, Jr.*

                William E. Green, Jr. (Bar No. 4864)
                Halloran Farkas + Kittila LLP

                *Counsel for Plaintiff No Labels*

Enclosure

cc:     All counsel of record via CM/ECF