IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NO LABELS,

            *Plaintiff*,

  v.

NOLABELS.COM INC.,

            *Defendant*.

C.A. No. 23-1384-GBW

## SPECIAL MASTER ORDER NUMBER #5

WHEREAS, the parties in the above noted case having requested the assistance of the undersigned Special Master to facilitate production of discovery, a privilege log regarding the same from Third Party Lucy Caldwell ("Ms. Caldwell"), as well as the confidentiality designation of Ms. Caldwell's document production;

WHEREAS, the Special Master having consulted with counsel for Plaintiff No Labels, Nolabels.com Inc., and Ms. Caldwell regarding the aforementioned issues;

NOW THEREFORE, IT IS HEREBY ORDERED THAT Ms. Caldwell shall produce an updated privilege log and updated confidentiality designations of Ms. Caldwell's document production in this case by 12:00 PM ET on May 20, 2024.

Dated: May 13, 2024

                                                        Stephen B. Brauerman (#4952)
                                                        Special Master