# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

NO LABELS,

        *Plaintiff*,

v.

NOLABELS.COM INC.,

        *Defendant*.

Case No. 1:23-cv-01384-GBW

## NOTICE OF SERVICE OF
## PLAINTIFF'S RULE 26(a)(1) DISCLOSURES

I, William E. Green, Jr., a member of the Bar of this Court, certify that on May 15, 2024, I cause a true and correct copy of *Plaintiff No Labels' Rule 26(a)(1) Disclosures* to be served on all counsel of record via email, and that I caused a true and correct copy of this *Notice of Service of Plaintiff No Labels' Rule 26(a)(1) Disclosures* to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

Dated: May 15, 2024

*Of Counsel:*
Mark D. Lytle (admitted *pro hac vice*)
**Nixon Peabody LLP**
799 9th Street NW
Suite 500
Washington, DC 20001
Tel: (202) 585-8435
Fax: (907) 331-4726
Email: mlytle@nixonpeabody.com

**HALLORAN FARKAS + KITTILA LLP**

*/s/ William E. Green, Jr.*
Theodore A. Kittila (Bar No. 3963)
William E. Green, Jr. (Bar No. 4864)
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Phone: (302) 257-2025
Fax: (302) 257-2019
Email: tk@hfk.law / wg@hfk.law

*Attorneys for Plaintiff No Labels*

Jason C. Kravitz (admitted *pro hac vice*)
Leslie E. Hartford (admitted *pro hac vice*)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel:  (617) 345-1031
Fax:  (617) 345-1300
Email:
    jkravitz@nixonpeabody.com
    lhartford@nixonpeabody.com

Bradley J. Schlozman (admitted *pro hac vice*)
**HINKLE LAW FIRM LLC**
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206-6639
Phone:  (316) 660-6296
Fax:  (316) 264-1518
Email: bschlozman@hinklaw.com