# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>*Plaintiff/ Counterclaim Defendant,*<br><br>v.<br><br>NOLABELS.COM INC.,<br><br>*Defendant Counterclaim* | C.A No.: 23-1384-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 15, 2024, the undersigned counsel caused true and correct copies of *DELCO0222024, Inc. f/k/a NoLabels.com Inc.'s Initial Disclosures Pursuant to Fed. R. CIV. P. 26(a)(1)* to be served on the following counsel of record via electronic mail:

Theodore A. Kittila
William E. Green, Jr.
**Halloran Farkas + Kittila LLP**
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Email: tk@hfk.law
       wg@hfk.law

Mark D. Lytle
**Nixon Peabody LLP**
799 9thStreet NW Suite 500
Washington, DC 20001
mlytle@nixonpeabody.com

Jason C. Kravitz
Leslie E. Hartford
Exchange Place
53 State Street
Boston, Massachusetts 02109
Email: jkravitz@nixonpeabody.com
lhartford@nixonpeabody.com

Bradley J. Schlozman
HINKLE LAW FIRM LLC
1617 North Waterfront Parkway,
Suite 400
Email: bschlozman@hinklaw.com

Dated: May 15, 2024

/s/ *Elizabeth S. Fenton*
Elizabeth S. Fenton (Bar No. 5563)
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Office: 302-252-4465
Email: fentone@ballardspahr.com

-and-

Mark B. Billion (Bar No. 5263)
**BILLION LAW GROUP**
1073 S. Governors Avenue
Dover, DE 19904
Office: 302-428-9400
Email: mbillion@billionlawgroup.com

*Attorneys for Defendant*