IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>　　　　　　　Plaintiff,<br>v.<br>NOLABELS.COM INC.,<br><br>　　　　　　　Defendant. | Case No. 1:23-cv-01384-GBW |

**STIPULATION AND ORDER REVISING CASE SCHEDULE**

WHEREAS the parties, by and between their respective counsel, having met and conferred regarding an amendment to the Scheduling Order entered by the Court on May 10, 2024 (D.I. 90), hereby stipulate and agree, subject to the approval of the Court, to extend the date for Joinder of Other Parties and Amendment of Pleadings until September 13, 2024.

**NOW, THEREFORE,** on this 20th day of June 2024,

**IT IS HEREBY ORDERED** that the date for Joinder of Other Parties and Amendment of Pleadings is extended until September 13, 2024. No other dates in the Scheduling Order are changed by this Order.

[*signature page to follow*]

Dated: June 18, 2024

| | |
|---|---|
| **HALLORAN FARKAS + KITTILA LLP** | **BALLARD SPAHR LLP** |
| /s/ *William E. Green, Jr.* | /s/ *Elizabeth S. Fenton* |
| Theodore A. Kittila (Bar No. 3963) | Elizabeth S. Fenton (Bar No. 5563) |
| William E. Green, Jr. (Bar No. 4864) | 919 N. Market Street, 11th Floor |
| 5722 Kennet Pike | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19807 | Phone: (302) 252-4465 |
| Phone: (302) 257-2025 | Email: fentone@ballardspahr.com |
| Fax: (302) 257-2019 | |
| Email: tk@hfk.law | -and- |
| | |
| *Of Counsel:* | Mark M. Billion (Bar No. 5263) |
| | **BILLION LAW** |
| Mark D. Lytle (*pro hac vice*) | 1073 S. Governors Avenue |
| **NIXON PEABODY LLP** | Dover, Delaware 19904 |
| 799 9th Street NW, Suite 500 | Phone: (302) 428-9400 |
| Washington, DC 20001 | Email:mbillion@billionlawgroup.com |
| Tel: (202) 585-8435 | |
| Email: mlytle@nixonpeabody.com | *Counsel for Defendant* |
| | |
| Jason C. Kravitz (*pro hac vice*) | |
| Leslie E. Hartford (*pro hac vice*) | |
| Exchange Place, 53 State Street | |
| Boston, Massachusetts 02109 | |
| Tel: (617) 345-1318 | |
| Email: jkravitz@nixonpeabody.com | |
| lhartford@nixonpeabody.com | |
| | |
| Bradley J. Schlozman (*pro hac vice*) | |
| **HINKLE LAW FIRM LLC** | |
| 1617 North Waterfront Parkway, Suite 400 | |
| Wichita, KS 67206-6639 | |
| Phone: (316) 660-6296 | |
| Email: bschlozman@hinklaw.com | |
| | |
| *Counsel for Plaintiff* | |

2

IT IS SO ORDERED this 20th day of June, 2024.

_____
The Honorable Gregory B. Williams