

**William E. Green, Jr.**
Halloran Farkas + Kittila LLP
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
p: (302) 268-6875
e: wg@hfk.law

September 10, 2024

**By CM/ECF**

The Honorable Gregory B. Williams, U.S.D.J.
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, Delaware 19801-3555

   Re:   *No Labels v. NoLabels.com Inc.*,
        **Civil Action No. 1:23-cv-01384-GBW (D. Del.)**

Dear Judge Williams:

      On August 22, 2024, the parties entered into a stipulation and (proposed) order revising the case schedule in the action captioned above. D.I. 106. A copy of the proposed order is enclosed for the Court's convenience.

      Counsel are available if the Court has any questions.

                                Respectfully submitted,

                                */s/ William E. Green, Jr.*

                                William E. Green, Jr. (Bar No. 4864)
                                Halloran Farkas + Kittila LLP

                                *Counsel for Plaintiff No Labels*

Enclosure

cc:   All counsel of record via CM/ECF