IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>   *Plaintiff*,<br><br> v.<br><br>NOLABELS.COM INC.,<br><br>   *Defendant*. | Case No. 1:23-cv-01384-GBW |

## STIPULATION AND ORDER REVISING CASE SCHEDULE

WHEREAS the parties, by and between their respective counsel, having met and conferred regarding an amendment to the Scheduling Order entered by the Court on May 10, 2024 (D.I. 90), and as revised on June 20, 2024 (D.I. 100), hereby stipulate and agree, subject to the approval of the Court, to extend the date for Joinder of Other Parties and Amendment of Pleadings until September 13, 2024.

**NOW, THEREFORE,** on this _____ day of _____ 2024,

**IT IS HEREBY ORDERED** as follows:

1. The date for Joinder of Other Parties and Amendment of Pleadings (¶ 2) is extended until December 16, 2024; and

2. The date for Fact Discovery Cut Off (¶ 3(a)) and Document Production to be substantially complete (¶ 3(b)) is extended to December 16, 2024.

[*signature page to follow*]

Dated: August 19, 2024

| | |
|---|---|
| **HALLORAN FARKAS + KITTILA LLP** | **BILLION LAW** |
| */s/ Theodore A. Kittila* | */s/ Mark M. Billion* |
| Theodore A. Kittila (Bar No. 3963) | Mark M. Billion (Bar No. 5263) |
| William E. Green, Jr. (Bar No. 4864) | 1073 S. Governors Avenue |
| 5722 Kennett Pike | Dover, Delaware 19904 |
| Wilmington, Delaware 19807 | Phone: (302) 428-9400 |
| Phone: (302) 257-2025 | Email:mbillion@billionlawgroup.com |
| Fax: (302) 257-2019 | |
| Email: tk@hfk.law | -and- |
| *Of Counsel:* | Elizabeth S. Fenton (Bar No. 5563) |
| | **BALLARD SPAHR LLP** |
| Mark D. Lytle (*pro hac vice*) | 919 N. Market Street, 11th Floor |
| **NIXON PEABODY LLP** | Wilmington, Delaware 19801 |
| 799 9th Street NW, Suite 500 | Phone: (302) 252-4465 |
| Washington, DC 20001 | Email: fentone@ballardspahr.com |
| Tel: (202) 585-8435 | |
| Email: mlytle@nixonpeabody.com | *Counsel for Defendant* |

Jason C. Kravitz (*pro hac vice*)
Leslie E. Hartford (*pro hac vice*)
Exchange Place, 53 State Street
Boston, Massachusetts 02109
Tel: (617) 345-1318
Email: jkravitz@nixonpeabody.com
          lhartford@nixonpeabody.com

Aaron Brian (*pro hac vice*)
Nixon Peabody LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Tel: 213-629-6033
Email:  abrian@nixonpeabody.com

Bradley J. Schlozman (*pro hac vice*)
**HINKLE LAW FIRM LLC**
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206-6639
Phone: (316) 660-6296
Email: bschlozman@hinklaw.com

*Counsel for Plaintiff*

        IT IS SO ORDERED this \_\_\_\_\_ day of _____ , 2024.

_____
The Honorable Gregory B. Williams

3