# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

NO LABELS,

        *Plaintiff*,

  v.

NOLABELS.COM INC.,

        *Defendant*.

Case No. 1:23-cv-01384-GBW

## STIPULATION AND ORDER REVISING CASE SCHEDULE

WHEREAS the parties, by and between their respective counsel, having met and conferred regarding further amendment to the Scheduling Order entered by the Court on May 10, 2024 (D.I. 90) as revised on June 20, 2024 (D.I. 100) and September 19, 2024 (D.I. 108), hereby stipulated and agree, subject to the approval of the Court, to extend the deadlines for fact discovery and document production, amendment of the pleadings and joinder of parties, and various expert discovery dates.

**NOW, THEREFORE,** on this _____ day of _____ 2024,

**IT IS HEREBY ORDERED** as follows:

1. The date for Joinder of Other Parties and Amended of Pleadings Amendment of Pleadings (¶ 2) is extended until February 3, 2025;

2. The date for Fact Discovery Cut-Off (¶ 3(a)) and Document Production to be substantially complete (¶ 3(b)) is extended until February 3, 2025;

3. The date for Disclosure of Expert Testimony (¶ 3(f)(i)) is extended until February 5, 2025;

4. The date for Disclosure of Rebuttal Expert Testimony (¶ 3(f)(i)) is extended until March 5, 2025;

5. The date for Disclosure of Reply Expert Testimony (¶ 3(f)(i)) is extended until March 20, 2025; and

6. The date of Expert Discovery Cut-Off (¶ 3(f)(ii)) is extended until April 2, 2025.

[*signature page to follow*]

Dated: December 10, 2024

| **HALLORAN FARKAS + KITTILA LLP** | **BALLARD SPAHR LLP** |
|---|---|
| */s/ William E. Green, Jr.* | */s/ Mark M. Billion* |
| Theodore A. Kittila (Bar No. 3963) | Mark M. Billion (Bar No. 5263) |
| William E. Green, Jr. (Bar No. 4864) | **BILLION LAW** |
| 5722 Kennet Pike | 1073 S. Governors Avenue |
| Wilmington, Delaware 19807 | Dover, Delaware 19904 |
| Phone: (302) 257-2025 | Phone: (302) 428-9400 |
| Fax: (302) 257-2019 | Email:mbillion@billionlawgroup.com |
| Email: tk@hfk.law / wg@hfk.law | |
| *Of Counsel:* | -and- |
| Mark D. Lytle (*pro hac vice*) | Elizabeth S. Fenton (Bar No. 5563) |
| **NIXON PEABODY LLP** | **BALLARD SPAHR LLP** |
| 799 9th Street NW, Suite 500 | 919 N. Market Street, 11th Floor |
| Washington, DC 20001 | Wilmington, Delaware 19801 |
| Tel: (202) 585-8435 | Phone: (302) 252-4465 |
| Email: mlytle@nixonpeabody.com | Email: fentone@ballardspahr.com |
| | |
| Jason C. Kravitz (*pro hac vice*) | *Counsel for Defendant* |
| Leslie E. Hartford (*pro hac vice*) | |
| Exchange Place, 53 State Street | |
| Boston, Massachusetts 02109 | |
| Tel: (617) 345-1318 | |
| Email: jkravitz@nixonpeabody.com | |
|        lhartford@nixonpeabody.com | |
| | |
| Aaron Brian (admitted *pro hac vice*) | |
| 300 South Grand Avenue, Suite 4100 | |
| Los Angeles, CA 90071-3151 | |
| Tel: (213) 629-6033 | |
| Email: abrian@nixonpeabody.com | |
| | |
| Bradley J. Schlozman (*pro hac vice*) | |
| **HINKLE LAW FIRM LLC** | |
| 1617 North Waterfront Parkway, Suite 400 | |
| Wichita, KS 67206-6639 | |
| Phone: (316) 660-6296 | |
| Email: bschlozman@hinklaw.com | |
| | |
| *Counsel for Plaintiff* | |

IT IS SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Gregory B. Williams