IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>        *Plaintiff*,<br><br>v.<br><br>NOLABELS.COM INC.,<br><br>        *Defendant*. | Case No. 1:23-cv-01384-GBW |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of **Alejandro Brito, Esq.** to represent Plaintiff in this matter.

Dated: December 28, 2024

HALLORAN FARKAS + KITTILA LLP

*/s/ Theodore A. Kittila*
Theodore A. Kittila (No. 3963)
William E. Green, Jr. (No. 4864)
5722 Kennett Pike
Wilmington, Delaware 19807
Phone: (302) 257-2025
Email: tk@hfk.law / wg@hfk.law

*Attorneys for Plaintiff*

## ORDER GRANTING MOTION

IT IS ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Date: _____   _____
                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: */s/ Alejandro Brito*
Alejandro Brito, Attorney at Law
Brito PLLC
2121 Ponce de Leon
Coral Gables, FL 33134
Tel: (305) 520-7653
Fax: (305) 440-4385
Email: abrito@britopllc.com