IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NO LABELS,

    *Plaintiff*,

v.

NOLABELS.COM INC.,

    *Defendant*.

Case No. 1:23-cv-01384-GBW

### ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT, MODIFYING CASE CAPTION, AND VACATING SCHEDULING ORDER

WHEREAS, Plaintiff No Labels ("Plaintiff") has sought leave to file the proposed Amended Complaint submitted with its February 3, 2025 letter (the "Amended Complaint"); and

WHEREAS, Plaintiff's counsel and Defendant's counsel have met and conferred regarding Plaintiff's request, and Defendant's counsel has advised that Defendant NoLabels.com Inc., now known as DELCO0222024, Inc. ("Defendant"), does not oppose the filing of the Amended Complaint, but preserves all defenses thereto (including any defenses able to be asserted in any answer or by motion);

**NOW, THEREFORE,** this 27th day of February 2025, **IT IS HEREBY ORDERED** as follows:

    1.    Leave is granted to file the Amended Complaint. The Clerk shall docket the Amended Complaint (together with the attached exhibits).

    2.    The caption shall be modified to reflect the name change of Defendant and the addition of new defendants, with the new caption to be as follows:

|  |  |
|---|---|
| NO LABELS,<br><br>         *Plaintiff,*<br><br>v.<br><br>DELCO0222024, INC. (f/k/a NOLABELS.COM INC.), AMERICAN PATRIOT PROJECT, INC., RT GROUP LLC, JOSHUA SILVER, CHARLES SILER, and LUCY CALDWELL,<br><br>         *Defendants.* | Case No. 1:23-CV-01384-GBW |

3.     The Scheduling Order (D.I. 90) (as amended by D.I. 100, 108, and 115) is hereby vacated. The parties shall meet and confer on a new schedule following service of the Amended Complaint.

IT IS SO ORDERED this 27th day of February, 2025.

_____
The Honorable Gregory B. Williams
United States District Judge