# **EXHIBIT 1**



CONFIDENTIAL NoLabels.com 000254

# NL.com Style Guide



**COLORS**

- yellow: #FAFD38
- white: #FFFFFF
- dark: #000000
- violet: #7C60B8
- dark-violet: #9747FF
- brown: #8D7E6B

**FONTS**

Headlines: Work Sans
Subheads: Pragati Narrow
Body 1: Tahoma
Body 2: Roboto
Body 3: Open Sans
Alternate: Georgia

Link to Files

CONFIDENTIAL                                                                                                                                   NoLabels.com 000255

# HOME PAGE



The NL.COM homepage should feature language and imagery that mirrors NL.ORG, and we should consider including an email and contact capture field on the homepage*.

The NL.COM homepage will display problematic but real NL imagery, such as Trump speaking at a NL event.

The language will reflect NL.ORG while including overt christo-nationalist dog whistles (eg. NL now has ballot access in **14** states with support in **88** counties).

*If we're collecting any personal information we probably have to have another physical address for the policy privacy.

## ABOUT NL PAGE

This is a real opportunity for us to mirror the NL.ORG language while also framing the entire NL project as a right-wing shadow effort by crafting language that looks like it's coming from NL as a right-wing shadow group.

Examples would be by fixating on red meat issues that can be fixed with the unity of "real" Americans, such as Immigration, welfare waste, war spending in Ukraine, and possibly anti-abortion messaging.

## NL VISION PAGE

This is a real opportunity for us to mirror the NL.ORG language while saying what a NL world will look like.

This is such an easy chance to describe pre-Civil Rights America as the utopia, throwing in lots of references to Western Civilization and culture, and the degradation of society as we've gotten more divided by radical elements (and we all know who those elements are!).

CONFIDENTIAL                                                                                              NoLabels.com 000258

# NL ORG PAGE

We should keep some things really close to the actual NL.ORG page, and identifying the NL team is probably one of the places to do that.

CONFIDENTIAL NoLabels.com 000259

## NL IN THE NEWS PAGE

LMC has already identified a handful of videos and news stories that come off as problematic for NL. And if there really is competent media relations support for the anti-NL work, then we should continue to add them to the page in a "no press is bad press" ethos as it relates to the language.

We can even add NL commentary about the news hits that just highlights the terrible features of NL with each post if there is capacity.

# NL AROUND THE US PAGE

This is where we can highlight all the crazy organic and inorganic NL candidates as we celebrate the growing movement around the country, maybe even have a heat map or something.

This is a real opportunity to show that NL is an uncontrollable Party that will be hijacked from its current leadership and turned into a real pandora's box.

We should link this to the Candidates Resources Page.

CONFIDENTIAL                                                                                      NoLabels.com 000261

## POTUS NOMINEES PAGE

This will be a really fun page. Here we can do profiles on any candidates we think would be off-putting NL POTUS nominees and VPOTUS nominees, along with bios made to look as problematic as possible for NL.

We could potentially even include a running poll on the site to see who people want to see become the NL POTUS nominee/ticket, and then we can just rig our own poll to make it look as shit as possible.

# POTUS POLICIES PAGE

Maybe this can just be rolled into the Nominees Page, but the idea here is to just put on paper all the worst possible policy outcomes while fawning about them from an NL perspective. This is a great chance to show what a disaster a NL POTUS would be, and we can even highlight how they would face complete stonewalling from Congress unless they picked a clear partisan side, where we then play out what partisan side that would be.

CONFIDENTIAL                                                                                     NoLabels.com 000263

## AN NL SCOTUS PAGE

People often put more weight into SCOTUS nominees than they do the POTUS, so I think we should make sure that people don't fail to understand the SCOTUS ramifications of an NL ticket.

Here we can really put the most fucked up SCOTUS decisisons from the 1950's and earlier and herald them as a time of bipartisanship and unity, and talk about how great a future we could have with nominees picked by the shitbags at NL.

# CANDIDATE RESOURCES PAGE

This is where we put civic information out there that helps any random moron run for office as a NL candidate, from school board to County Commissioner, State Legislature to Governor.

This also could create a resource we could direct leads from our other projects to without violating in-kind donation rules.

CONFIDENTIAL							NoLabels.com 000265

# HELP NL GET BALLOT ACCESS PAGE

This is just a way to pour on the problems, by encouraging and educating people about how to work towards getting NL on the ballot in their state.

I don't think it even has to be effective, it can just be the kind of thing that creates confusion for people who get angry when they run into hurdles with the process.

CONFIDENTIAL                                                                                                         NoLabels.com 000266

## CONTACT & LINKS PAGE

I'm not sure if we should put NL's actual contact info, or something we want of our own, like a contact form with no direct contact information.

Also, we should think about links to actual NL content and social media sites.

We should definitely be using legit NL links throughout, but in a way that really increases and improves our SEO without making their more robust.

CONFIDENTIAL                                                                                                          NoLabels.com 000267