IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>*Plaintiff*,<br><br>v.<br><br>DELCO0222024, INC. (f/k/a NOLABELS.COM INC.), AMERICAN PATRIOT PROJECT, INC., RT GROUP LLC, JOSHUA SILVER, CHARLES SILER, and LUCY CALDWELL,<br><br>*Defendants*. | Case No. 1:23-CV-01384-GBW |

**STIPULATION AND [PROPOSED] ORDER REGARDING DELCO0222024, INC.'S RESPONSE DEADLINE TO AMENDED COMPLAINT**

WHEREAS, on February 28, 2025, plaintiff, NO LABELS ("Plaintiff") filed its Amended Complaint (the "Amended Complaint") against defendants DELCO0222024, INC. (f/k/a NOLABELS.COM INC.), AMERICAN PATRIOT PROJECT, INC., RT GROUP LLC, JOSHUA SILVER, CHARLES SILER, and LUCY CALDWELL (Dkt. 126);

WHEREAS, Plaintiff and DELCO0222024, INC., through their undersigned counsel, have conferred and mutually agreed to extend the deadline for Defendants' response to the Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective undersigned counsel and subject to the approval of the Court, that:

1. The deadline for DELCO0222024, INC. to answer, move, or otherwise respond to the Amended Complaint is extended to May 16, 2025.

[Remainder of Page Left intentionally Blank]

| **HALLORAN FARKAS + KITTILA LLP** | **BALLARD SPAHR LLP** |
|---|---|
| */s/ Theodore A. Kittila*<br>Theodore A. Kittila (Bar No. 3963)<br>William E. Green, Jr. (Bar No. 4864)<br>5722 Kennet Pike<br>Wilmington, Delaware 19807<br>Phone: (302) 257-2025<br>Fax: (302) 257-2019<br>Email: tk@hfk.law<br>wg@hfk.law | */s/ Elizabeth S. Fenton*<br>Elizabeth S. Fenton (Bar No. 5563)<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Phone: (302) 252-4465<br>Email: fentone@ballardspahr.com<br><br>*Counsel for DELCO0222024, INC.* |

 Of Counsel:

Mark D. Lytle (*pro hac vice*)
NIXON PEABODY LLP
799 9th Street NW, Suite 500
Washington, DC 20001
Tel: (202) 585-8435
Email: mlytle@nixonpeabody.com

Jason C. Kravitz (*pro hac vice*)
Leslie E. Hartford (*pro hac vice*)
Exchange Place, 53 State Street
Boston, Massachusetts 02109
Tel: (617) 345-1318
Email: jkravitz@nixonpeabody.com
           lhartford@nixonpeabody.com

Aaron Brian (admitted *pro hac vice*)
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Tel: (213) 629-6033
Email: abrian@nixonpeabody.com


*Counsel for Plaintiff*


           IT IS SO ORDERED this _____ day of _____, 2025.


                                                       _____
                                                       The Honorable Gregory B. Williams