# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-1384-GBW |
| | ) |
| DELCO0222024, INC. (f/k/a NOLABELS.COM INC.), AMERICAN PATRIOT PROJECT, INC., RT GROUP LLC, JOSHUA SILVER, CHARLES SILER, and LUCY CALDWELL, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that, Elizabeth S. Fenton, counsel for defendant DELCO0222024, Inc. (f/k/a NoLabels.com Inc.) in the above-captioned action and formerly of the law firm of Ballard Spahr LLP has changed firms. Effective immediately Elizabeth S. Fenton should be served Barnes & Thornburg LLP, as indicated below:

Dated: May 7, 2025

BARNES & THORNBURG LLP

/s/ Elizabeth S. Fenton
Elizabeth S. Fenton (No. 5563)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801-1058
Telephone: (302) 267-1515
Facsimile: (302) 300-3456
Email: efenton@btlaw.com

*Counsel for DELCO0222024, Inc. (f/k/a NoLabels.com Inc.)*