IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NO LABELS,<br><br>    *Plaintiff*,<br><br> v.<br><br>DELCO0222024, INC. (f/k/a NOLABELS.COM INC.), AMERICAN PATRIOT PROJECT, INC., RT GROUP LLC, JOSHUA SILVER, CHARLES SILER, and LUCY CALDWELL,<br><br>    *Defendants*. | Case No. 1:23-CV-01384-GBW |

### NOTICE OF WITHDRAWAL

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that James G. McMillan, III, Esq. of Halloran Farkas + Kittila LLP hereby withdraws as counsel of record for plaintiff No Labels in this matter.

No Labels will continue to be represented by Halloran Farkas + Kittila LLP and other counsel of record.

Dated: December 15, 2025

                                 HALLORAN FARKAS + KITTILA LLP

                                 */s/ James G. McMillan, III*
                                 Theodore A. Kittila (No. 3963)
                                 James G. McMillan, III (Bar No. 3979)
                                 William E. Green, Jr. (Bar No. 4864)
                                 5722 Kennett Pike
                                 Wilmington, Delaware 19807
                                 Phone: (302) 257-2025
                                 Email: tk@hfk.law

                                 *Attorneys for Plaintiff No Labels*