**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NO LABELS,<br><br>*Plaintiff,*<br><br>v.<br><br>DELCO0222024, INC. and<br>RT GROUP LLC,<br><br>*Defendants.* | C.A. No. 23-1384-GBW |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff files this Stipulation of Dismissal, signed by all Parties, dismissing this matter with prejudice.

Respectfully submitted this 22nd day of September, 2026.

*/s/ Theodore A. Kittila*
Theodore A. Kittila (Bar No. 3963)
HALLORAN FARKAS + KITTILA LLP
5722 Kennett Pike
Wilmington, DE 19807
Email: tk@hfk.law

*Counsel for Plaintiff*

*/s/ David L. Finger*
David L. Finger (Bar No. 2556)
One Commerce Center
1201 N. Orange St., 7th Floor
Wilmington, DE 19801
Email: dfinger@delawgroup.com

*Counsel for DELCO0222024, INC.*

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (Bar No. 6102)
PASHMAN STEIN WALDER HAYDEN, P.C.
824 North Market Street, Suite 800
Wilmington, DE 19801
Email: jbarsalona@pashmanstein.com

*Counsel for RT GROUP LLC*

**SO ORDERED, this** 23rd **day of** September**, 20**26

[signature]
**UNITED STATES DISTRICT JUDGE**